UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMARIAS DONTAY CURRY,

    Plaintiff,

v.                                  Case No.:  2:25-cv-361-SPC-NPM

LEE COUNTY JAILS CORE
BUILDING *et al.*,

    Defendant.
_____/

## OPINION AND ORDER

Before the Court is Jamarias Dontay Curry's "Plaintiff's Complaint" (Doc. 10), which the Court construes as a second amended complaint. On May 14, 2025, the Court dismissed Curry's original complaint for failure to state a claim, gave Curry leave to file an amended complaint, and provided the Court's civil-rights complaint form for that purpose. The next day, the Court received an amended complaint Curry constructively filed under the mailbox rule on May 5, 2025. The amended complaint understandably did not correct the defects the Court identified in its dismissal order because Curry had not yet received it.

Curry presumably filed the second amended complaint in response to the Court's dismissal order, but it is insufficient. First, Curry did not use the Court's form as required by Local Rule 6.04. Second, the second amended

complaint does not restate the claims Curry raised in his original and first amended complaints and instead alludes to new, distinct claims against officials not named as defendants. Because an amended complaint supersedes and replaces the original, allowing the case to continue with Curry's second amended complaint as the operative pleading would result in the abandonment of his original claims. The Court will dismiss it for failure to comply with Local Rule 6.04 and give Curry one last chance to amend.

Accordingly, Curry's "Plaintiff's Complaint" (Doc. 10) is **DISMISSED without prejudice**. Curry may file a third amended complaint—using the complaint form previously provided—by June 30, 2025. **Otherwise, the Court will enter judgment and close this case**. The Clerk is directed to send Curry another civil-rights complaint form. If Curry wants to pursue the claims alluded to in the second amended complaint, he may file a new complaint on the form—it will be given a new case number.

**DONE** and **ORDERED** in Fort Myers, Florida on June 9, 2025.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2